**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **MARK ENSMINGER AND TY LYONS,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | **CIVIL ACTION** |
| | ) | **CASE NO. 2:16-CV-02173** |
| **V.** | ) | |
| | ) | |
| **FAIR COLLECTIONS AND** | ) | |
| **OUTSOURCING, INC.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

**MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

COMES NOW Defendant, Fair Collections & Outsourcing, Inc. ("Defendant" or "FCO"), by and through its undersigned attorneys, for its Motion to Dismiss pursuant to 12(b)(6), state as follows:

1. On March 18, 2016, Plaintiffs filed the Complaint against FCO, alleging violations of the Federal Debt Collection Practices Act ("FDCPA").

2. The basis of Plaintiffs' claim is that FCO allegedly included a misleading state-specific disclosure on the reverse-side of letters it sent to Plaintiffs. Plaintiffs claim these state-specific disclosures misled them regarding their rights under the FDCPA, specifically their ability to give verbal notice not to be contacted at their place of work if their employer prohibits such communications.

3. FCO states that the claims against it should be dismissed under Rule 12(b)(6) as Plaintiff has failed to meet the elements to state a claim against it under either the FDCPA.

WHEREFORE, Defendants Fair Collections & Outsourcing, Inc. respectfully requests that the Court enter an order dismissing all claims against Fair Collections & Outsourcing, Inc.,

and for such other relief as the Court deems just and proper under the circumstances for the reasons set forth above.

Respectfully submitted,

*/s/ Sean M. Sturdivan*

Sean M. Sturdivan KS #21286
Matthew D. Quant KS #26253
Sanders Warren & Russell LLP
40 Corporate Woods
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Phone: (913) 234-6100
Facsimile: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: m.quant@swrllp.com

Vitaly Libman
Hinshaw & Culbertson LLP
521 W. Main Street, Suite 300
Bellview, Illinois 62222-0509
Phone: 618-310-2335
Fax: 618-277-1144
Email: VLibman@hinshawlaw.com

**Attorneys for Defendant**
**Fair Collections & Outsourcing.**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 29TH day of June, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification to the following:

Thomas A. Addleman
Credit Law Center LLC
255 NW Blue Parkwaym Suite 200
Lee's Summit, mIssouri 6406
Phone: (816) 994-6200
Facsimile: (816) 396-6240
Email: toma@creditlawcenter.com

Matthew L. Dameron
Williams Dirks Dameron LLC
1100 Main Street, Suite 2600
Kansas City, Missouri 64105
Phone: (816) 876-2600
Facsimile: (816) 221-8763
Email: matt@williamsdirks.com

**Attorneys for Plaintiff**

*/s / Sean M. Sturdivan*
**Attorney**