
**Fair Collections & Outsourcing**


EXHIBIT A

12304 Baltimore Ave, #E
Beltsville, MD 20705
Hours 8:00am - 12:00am EST, Mon-Fri
Toll-Free Phone:(877) 775-9364
Fax: (240) 374-5651

March 20, 2015

MARK ENSMINGER
1233 E 125th St
Olathe KS 66061-6729

| Account Number: ▮221 <br> Creditor: SHADOW MOUNTAIN RIDGE <br> SIGNATURE COMMUNITY MANAGEMENT | Assigned Principal: $3284.59 | Payments To FCO: $0.00 | Account Balance: $3284.59 |
|---|---|---|---|

Dear MARK ENSMINGER:

For a limited time only:

## CALL NOW AND SAVE 20%

This Office agrees to accept 20% off the amount due as settlement in full! Pay $2627.67 of your debt and it is gone! Call by 04/30/15 to take advantage of this offer.

Your account has already been reported or is scheduled to be reported to one or all off the following national credit reporting bureaus: Equifax Credit Information Services, Trans-Union Credit Information Services or Experian.

Several payments for settlement may be possible.

Check by phone, Visa, and Master Card accepted. Call (877) 775-9364.

Another responsible party on this account is Brittney Kehoe-ensminger.

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING STATE AND FEDERAL LAWS AND YOUR RIGHTS.**

*** Detach Lower Portion And Return With Payment ***  4260-HWFCON10-SETL-7/12/12

Y184B2D807

PO BOX 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Amount Enclosed: $_____
Account Name: MARK ENSMINGER
Account Number: ▮221
Creditor Name: SHADOW MOUNTAIN RIDGE

For Collection Services call:
Toll-Free Phone: (877) 775-9364
Hours 8:00am - 12:00am EST, Mon-Fri

0008120024015753037266061672933-1YA1--Y184B2D807 4260
SETL - 4260
MARK ENSMINGER
1233 E 125th St
Olathe KS 66061-6729



Fair Collections & Outsourcing
12304 Baltimore Ave, Suite E
Beltsville MD 20705-1314



## IMPORTANT INFORMATION

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

You have a right to inspect your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. Nonprofit credit counseling services may be available in the area.

The collection agent assigned to your account may change from time to time. If you experience any difficulty finding the appropriate collection agent handling your account, contact the collection manager at 877-324-7959.

If this letter is from Fair Collections & Outsourcing of New England, Inc., the following disclosures also apply:

IDAHO: Managers can be reached at 877-324-7959, Mon.-Fri. 8am to 6:30pm, EST.

MAINE: Contact us at 877-324-7959; Hours of Operation are Mon.-Fri. 8am to 6:30pm, EST.

MASSACHUSETTS: Massachusetts Office: 84 State Street, Boston, MA 02109; Office Hours: Mon.-Fri. 8am to 6:30pm, EST. Send Payments to us at 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705. Contact us at 877-324-7959.

**NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.**

WISCONSIN: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

If this letter is from Fair Collections & Outsourcing, Inc., the following disclosures also apply:

COLORADO: **FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.** Colorado Office: 80 Garden Center, Suite 3, Broomfield, CO 80020, 303-920-4763; Send Payments to us at 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705. Contact us at 877-324-7959.

MINNESOTA: This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY: New York Department of Consumer Affairs License Numbers 1208466, 1293258 and 1239495. You may contact Bernard Mercy at 877-775-9364

NORTH CAROLINA: NORTH CAROLINA DEPARTMENT OF INSURANCE PERMIT #4108, #4495 and #10291.

TENNESSEE: This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.



**Fair Collections & Outsourcing**

12304 Baltimore Ave, #E
Beltsville, MD 20705
Hours 8:00am - 12:00am EST, Mon-Fri
Toll-Free Phone:(877) 775-9364
Fax: (240) 374-5651

TY LYONS
112 E 16th Ave
Hutchinson KS 67501-5523

February 17, 2016

**Account Number:** ████245
**Creditor:** VERANO
TRINITY

### NOTICE OF SETTLEMENT IN FULL

Dear TY LYONS:

Our office is in receipt of your letter. The account above is settled in full. Additionally, we have requested the account be updated with the consumer reporting agencies as settled in full.

Please be advised that we may not be required to respond to multiple identical requests.

The law may prevent the creditor from taking legal action on this account. We may, however, continue to credit report this account as permitted by law.

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR; ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. SEE REVERSE SIDE FOR IMPORTANT INFORMATION REGARDING STATE AND FEDERAL LAWS AND YOUR RIGHTS.**

*** Detach Lower Portion And Return With Payment ***   1509--NSIF-09/09/15

Y1A8A2BAE0

PO BOX 505
Linden MI 48451-0505
ADDRESS SERVICE REQUESTED

Amount Enclosed: $_____
Account Name: TY LYONS
Account Number: ████245
Creditor Name: VERANO

For Collection Services call:
Toll-Free Phone: (877) 775-9364
8:00AM – 12:00AM Eastern Monday-Friday.



0008120024019321788267501552312---Y1A8A2BAE0 1509

NSIF - 1509
TY LYONS
112 E 16th Ave
Hutchinson KS 67501-5523

Fair Collections & Outsourcing
12304 Baltimore Ave, Suite E
Beltsville MD 20705-1314



## IMPORTANT INFORMATION

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

You have a right to inspect your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. Nonprofit credit counseling services may be available in the area.

The collection agent assigned to your account may change from time to time. If you experience any difficulty finding the appropriate collection agent handling your account, contact the collection manager at 877-324-7959.

If this letter is from Fair Collections & Outsourcing of New England, Inc., the following disclosures also apply:

IDAHO: Managers can be reached at 877-324-7959, Mon.-Fri. 8am to 6:30pm, EST.

MAINE: Contact us at 877-324-7959; Hours of Operation are Mon.-Fri. 8am to 6:30pm, EST.

MASSACHUSETTS: Massachusetts Office: 84 State Street, Boston, MA 02109; Office Hours: Mon.-Fri. 8am to 6:30pm, EST. Send Payments to us at 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705. Contact us at 877-324-7959.

**NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.**

WISCONSIN: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

If this letter is from Fair Collections & Outsourcing, Inc., the following disclosures also apply:

COLORADO: **FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR.** Colorado Office: 80 Garden Center, Suite 3, Broomfield, CO 80020, 303-920-4763; Send Payments to us at 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705. Contact us at 877-324-7959.

MINNESOTA: This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK: Debt collectors are prohibited from engaging in abusive, deceptive, and unfair debt collection efforts, including using threats of violence or obscene language, and making repeating phone calls with the intent to annoy, abuse, or harass. In the event of a judgment against the consumer, state and federal laws may prevent seizure of certain types of income, including supplemental security income, public assistance, social security and others.

If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt:

1. Supplemental security income, (SSI); 2. Social security; 3. Public assistance (welfare); 4. Spousal support, maintenance (alimony) or child support; 5. Unemployment benefits; 6. Disability benefits; 7. Workers' compensation benefits; 8. Public or private pensions; 9. Veterans' benefits; 10. Federal student loans, federal student grants, and federal work study funds; and 11. Ninety percent of your wages or salary earned in the last sixty days.

NEW YORK CITY: New York Department of Consumer Affairs License Numbers 1208466, 1293258 and 1239495. You may contact Bernard Mercy at 877-775-9364

NORTH CAROLINA: NORTH CAROLINA DEPARTMENT OF INSURANCE PERMIT #4108, #4495 and #10291.

TENNESSEE: This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

Page 1 of 2



Fair Collections & Outsourcing, Inc.

12304 Baltimore Ave. STE #E
Beltsville, MD 20705

Forwarding Service Requested

05/18/2015
RE: **SHADOW MOUNTAIN RIDGE** - (▮96)
Reference Account Number: ▮221

MARK ENSMINGER

SENT VIA EMAIL

To MARK ENSMINGER

This letter confirms the above account has been cancelled in our office. Therefore, our office has requested that this item be removed from your credit report.

Be advised our office is not notified by the credit bureau when this item is removed so we suggest that you obtain a copy of your credit report within 120 days, and if the item is still there contact this office and we will send a second request on your behalf.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Should you have any questions, please feel free to contact this office at the numbers listed below.

Sincerely,

*Renee Carroll*

Renee Carroll
Compliance Officer.

12304 Baltimore Ave Suite #E, Beltsville, MD 20705
Tel: 240.374.5400 / 877.324.7959 - Fax: 240.374.5651 - www.fco.com

See additional page for important information regarding state and federal laws and your rights.
If you do not receive all pages of this communication, please contact this office immediately

## IMPORTANT INFORMATION

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

You have a right to inspect your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. Nonprofit credit counseling services may be available in the area.

The collection agent assigned to your account may change from time to time. If you experience any difficulty finding the appropriate collection agent handling your account, contact the collection manager at 877-324-7959.

If this letter is from Fair Collections & Outsourcing of New England, Inc., the following disclosures also apply:

IDAHO: Managers can be reached at 877-324-7959, Mon.-Fri. 8am to 6:30pm, EST.

MAINE: Contact us at 877-324-7959; Hours of Operation are Mon.-Fri. 8am to 6:30pm, EST.

MASSACHUSETTS: Massachusetts Office: 84 State Street, Boston, MA 02109; Office Hours: Mon.-Fri. 8am to 6:30pm, EST. Send Payments to us at 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705. Contact us at 877-324-7959.

**NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.**

WISCONSIN: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

If this letter is from Fair Collections & Outsourcing, Inc., the following disclosures also apply:

COLORADO: **FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.** Colorado Office: 80 Garden Center, Suite 3, Broomfield, CO 80020, 303-920-4763; Send Payments to us at 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705. Contact us at 877-324-7959.

MINNESOTA: This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY: New York Department of Consumer Affairs License Numbers 1208466, 1293258 and 1239495. You may contact Bernard Mercy at 877-775-9364

NORTH CAROLINA: NORTH CAROLINA DEPARTMENT OF INSURANCE PERMIT #4108, #4495 and #10291.

TENNESSEE: This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

ver.2014.03.31



Page 1 of 2

12304 Baltimore Ave. STE #E  
Beltsville, MD 20705

Fair Collections & Outsourcing, Inc.

Forwarding Service Requested

03/20/2015  
RE: **SHADOW MOUNTAIN RIDGE - (▇96)**  
Reference Account Number: ▇221

MARK ENSMINGER  
1233 E 125TH ST  
OLATHE, KS 66061

| Account Number: ▇221 | Assigned Principal: | Payments To FCO: | Account Balance: |
|---|---|---|---|
| Creditor: SHADOW MOUNTAIN RIDGE - (▇96) | $3,284.59 | $0.00 | **$3,284.59** |

### REASONABLE INVESTIGATION NOTICE

To MARK ENSMINGER

This office received your dispute and pursuant to our obligations under the Fair Credit Reporting Act has conducted an investigation of your account. We have found the account to be reported correctly and will continue to report it.

If you have any questions, please contact your collector.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Should you have any questions, please feel free to contact this office at the numbers listed below.

Sincerely,

*Renee Carroll*

Renee Carroll  
Compliance Officer.

12304 Baltimore Ave Suite #E, Beltsville, MD 20705  
Tel: 240.374.5400 / 877.324.7959 - Fax: 240.374.5651 - www.fco.com

See additional page for important information regarding state and federal laws and your rights.  
If you do not receive all pages of this communication, please contact this office immediately

## IMPORTANT INFORMATION

This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

You have a right to inspect your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit report may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. Nonprofit credit counseling services may be available in the area.

The collection agent assigned to your account may change from time to time. If you experience any difficulty finding the appropriate collection agent handling your account, contact the collection manager at 877-324-7959.

If this letter is from Fair Collections & Outsourcing of New England, Inc., the following disclosures also apply:

IDAHO: Managers can be reached at 877-324-7959, Mon.-Fri. 8am to 6:30pm, EST.

MAINE: Contact us at 877-324-7959; Hours of Operation are Mon.-Fri. 8am to 6:30pm, EST.

MASSACHUSETTS: Massachusetts Office: 84 State Street, Boston, MA 02109; Office Hours: Mon.-Fri. 8am to 6:30pm, EST. Send Payments to us at 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705. Contact us at 877-324-7959.

**NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.**

WISCONSIN: This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

If this letter is from Fair Collections & Outsourcing, Inc., the following disclosures also apply:

COLORADO: **FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.** Colorado Office: 80 Garden Center, Suite 3, Broomfield, CO 80020, 303-920-4763; Send Payments to us at 12304 Baltimore Avenue, Suite E, Beltsville, MD 20705. Contact us at 877-324-7959.

MINNESOTA: This collection agency is licensed by the Minnesota Department of Commerce.

NEW YORK CITY: New York Department of Consumer Affairs License Numbers 1208466, 1293258 and 1239495. You may contact Bernard Mercy at 877-775-9364

NORTH CAROLINA: NORTH CAROLINA DEPARTMENT OF INSURANCE PERMIT #4108, #4495 and #10291.

TENNESSEE: This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance.

ver.2014.03.31