### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARK ENSMINGER, and )<br>TY LYONS, )<br>Individually and on behalf of all others )<br>similarly situated, )<br>)<br>      Plaintiffs, )<br>)<br>v. )<br>)<br>FAIR COLLECTIONS & )<br>OUTSOURCING, INC., et al., )<br>)<br>      Defendants. ) | Case No. 2:16-CV-02173 |

### NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Mark Ensminger, by and through his undersigned attorney and give the Court notice that Plaintiff and Defendants have reached a settlement in principle and anticipate filing a Stipulation of Dismissal no later than January 31, 2018.

Dated December 14, 2017

                   Respectfully submitted,

                   */s/ Keith Williston*
                   Keith Williston Bar #78645
                   201 SE Williamsburg Dr.
                   Blue Springs, MO 64014
                   Tel. (913) 207-5450
                   **ATTORNEY FOR PLAINTIFF**

1

## CERTIFICATE OF SERVICE

  I hereby certify that on December 14, 2017 I electronically filed the foregoing with the Court which will send notification of the same to all counsels of record, specifically including:

Sean M. Sturdivan KS #21286
Matthew D. Quant KS #26253
Sanders Warren & Russell LLP
9401 Indian Creek Parkway, Suite 1250
Overland Park, Kansas 66210
Phone: (913) 234-6100 Fax: (913) 234-6199
Email: s.sturdivan@swrllp.com
Email: m.quant@swrllp.com

James Brodzik
Hinshaw & Culbertson LLP
521 W. Main Street, Suite 300
Bellview, Illinois 62222-0509
Phone: 618-310-2335
Fax: 618-277-1144
Email: jbrodzik@hinshawlaw.com

**Attorneys for Defendant**

                */s/ Keith N. Williston*
                Keith N. Williston

2